FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ACOSTA, INC., a Delaware
Corporation,

                    Plaintiff,

            v.

KERDMAN ENTERPRISES, G.P.,
California General Partnership,

                    Defendant.

Case Number:  CV 08-02473
MMM(PJWx)


[PROPOSED] ORDER RE
STIPULATION OF DISMISSAL
WITH PREJUDICE

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

48973-00005/1656994.1

**[PROPOSED] ORDER**

1.     The entire action is dismissed with prejudice.

2.     Each Party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

0 2 OCT 2008

_Margaret M. Morrow_

Hon. Margaret Morrow
Judge of the United State District Court

---

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

48973-00005/1656994.1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590